IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:13-CR-67-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER ADOPTING AND MODIFYING** |
| | ) | **CONDITIONS OF** |
| JERRY ANTONELLI JONES, JR., | ) | **PRETRIAL RELEASE** |
| | ) | |
| Defendant. | ) | |

This case came before the court on the unopposed oral motion by the government at defendant's initial appearance earlier today (*see* D.E. 10) to adopt the conditions of release imposed on him in the district of his arrest, the District of New Mexico, in its 3 February 2014 Order Setting Conditions of Release (D.E. 6-4) ("Release Order"), subject to modification of the North Carolina geographical restriction to cover this entire district, not simply the county of his residence (*see* Release Order ¶ (7)(f)). Pursuant to the Release Order and on the date of its entry, defendant filed an Appearance Bond (D.E. 6-3).

The motion is ALLOWED and the court hereby adopts the Release Order from the District of New Mexico as its own, subject to modification of the North Carolina geographical restriction to include this entire district. With this modification, the geographical restriction on defendant reads in its entirety:

> The defendant must . . . abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Eastern District of North Carolina, with direct travel to Las Cruces, NM, to meet with attorney and attend court proceedings; Pretrial Services authorized to expand travel within the U.S., only if necessary; No travel to Mexico.

Release Order ¶ 7(f).

SO ORDERED, this the 24th day of February 2014.

James E. Gates
United States Magistrate Judge