UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-67-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERRY ANTONELLI JONES, JR | ORDER TO SEAL |

On motion of the Defendant, Jerry A. Jones, and for good cause shown, it is hereby ORDERED that the **[DE16]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 1st day of April, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge